**STATE of Missouri, Respondent,**

v.

**Kenneth MUNCHER, Appellant.**

**No. 48128.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 21, 1984.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Defendant, Kenneth Muncher, was convicted, after a jury trial, of abuse of a child. He was sentenced as a persistent offender to imprisonment for four years. No jurisprudential purpose would be served by a written opinion. The judgment

of the trial court is affirmed pursuant to Rule 30.25(b).